## McCLURE v. INGRAM.

No. 6367. Opinion Filed January 18, 1916.

(154 Pac. 575.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Where defendant in error files no brief, and the brief of plaintiff in error reasonably sustains his contention, the court will not examine the record to find some theory upon which to affirm the judgment, but same may be reversed.

(Syllabus by Brett, C.)

*Error from County Court, Muskogee County;
Thomas W. Leahy, Judge.*

Action by A. T. Ingram against Sarah McClure. Judgment for plaintiff, and defendant brings error. Reversed.

*D. E. Herschelman,* for plaintiff in error.

Opinion by BRETT, C. This cause was duly submitted in this court December 6, 1915. On November 9, 1915, the plaintiff in error filed her brief. The defendant in error has filed no brief, and assigns no reason for his failure to do so. The contention of plaintiff in error seems to be reasonably supported by the authorities cited in her brief. And under the authority of *Midland Elevator Co. v. Harrah,* 44 Okla. 154, 143 Pac. 1168, and the authorities therein cited, we recommend that the judgment be reversed and the cause remanded for a new trial.

By the Court: It is so ordered.